**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

TEX-MEX SALES, LLC

    Plaintiff.

vs.                                        Case No.: 8:14-cv-1831-T-30EAJ

ADVANCE PRODUCE, INC., et al.
c/o Brittani Canals, Registered Agent
3004 Prarie Iris Dr.
Land O Lakes, FL 34638

    Defendants.
_____/

## ORDER

UPON CONSIDERATION of Plaintiff's Motion for Entry of Default Judgment, the memorandum in support, the declaration of Plaintiff's representative, and the exhibits filed January 16, 2015, (Dkt. #12) submitted with the Complaint and the Motion, demonstrating that: Defendants Advance Produce, Inc. and Brittani M. Canals failed to plead or otherwise defend in this action; Plaintiff sold to Defendants $55,640.62 worth of wholesale quantities of produce, all of which remains unpaid; Plaintiff preserved its interest in the statutory trust provided by the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. § 499e(c), by including the required language on its invoices; and that Defendants are not infants, incompetent persons, or in the military service of the United States, IT IS HEREBY

    **ORDERED, ADJUDGED AND DECREED** that

1. Plaintiff's Motion for Entry of Default Judgment (Dkt. # 12) is **GRANTED**.

2. Default judgment is hereby entered in favor of Plaintiff Tex Mex Sales, LLC and against Defendants Advance Produce, Inc. and Brittani M. Canals, jointly and severally, pursuant to the trust provision of the PACA, 7 U.S.C. § 499e(c), in the total amount of $55,829.97, which includes the principal amount of $55,640.62 for Defendants' failure to pay for wholesale quantities of produce sold to and received by them between February 9, 2013, and June 25, 2013, and prejudgment interest at the statutory rate as prescribed in 28 U.S.C. § 1961 through January 21, 2015, in the amount of $189.35.

3. The Clerk of Court is directed to enter judgment in favor of Plaintiff Tex Mex Sales, LLC and against Defendants Advance Produce, Inc. and Brittani M. Canals as described above.

4. All pending motions are denied as moot and the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 26th day of January, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2014\14-cv-1831 final default judgment.docx